

Joshua W. B. Richards
Phone: (215) 972-7737
Fax: (215) 972-1831
jrichards@saul.com
www.saul.com

February 11, 2013

**VIA ECF SYSTEM FILING**
Honorable William W. Caldwell
U.S. District Court for the
  Middle District of Pennsylvania
Federal Building
United States District Courthouse
228 Walnut Street
Harrisburg, PA 17108

Re: **John Doe v. The Pennsylvania State University, et al.**
**The United States District Court for the Middle District of Pennsylvania**
**Civil Action No. 12-2068**

Dear Judge Caldwell:

I and my firm represent The Pennsylvania State University (the "University") in the above-captioned action. On December 11, 2012, the Court entered an Order setting the University's response date to Plaintiff's Complaint for February 25, 2013 (Doc. No. 15). Because (a) that date is rapidly approaching, and (b) there is an outstanding motion to stay this action, the University respectfully requests a telephone conference with Your Honor at the Court's soonest convenience.

By way of background, on December 21, 2012, the University filed a motion to stay this action pending the resolution of parallel criminal proceedings (Doc. No. 24), in which defendants The Second Mile, Wendell Courtney, Timothy Curley, and Graham Spanier concurred (the "Motion"). Plaintiff has not filed a brief in opposition to the University's Motion within the prescribed 14-day response time, thereby permitting the Court to deem that Plaintiff does not oppose to the Motion pursuant to Local Rule 7.6.

To date, Edgewater Psychiatric Center ("Edgewater") is the only party to this action to have submitted a brief in opposition to the University's Motion, which it filed on January 4, 2013 (Doc. No. 34). Edgewater's opposition to the University's proposed stay, however, does not bear on the merit of the arguments raised by the University with regard to parallel criminal proceedings. Instead, Edgewater's opposition focuses on its desire to timely litigate the dismissal of Plaintiff's claims against it, which it can do following the conclusion of the pending

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

1446654.1   DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Honorable William W. Caldwell
February 11, 2013
Page 2

criminal proceedings (or even while a stay of Plaintiff's claims against the remaining defendants is in place).

    In light of the foregoing, the University respectfully requests a telephone conference at Your Honor's earliest convenience. We are happy to distribute a call-in number to all parties and the Court.

Respectfully,

Joshua W. B. Richards

cc:     James A. Keller, Esq.
        Joseph F. O'Dea, Esq.

## CERTIFICATE OF SERVICE

I, Joshua W. B. Richards, Esquire, hereby certify that on this 11th day of February 2013, I caused a true and correct copy of the foregoing letter to be served upon the counsel listed below via the ECF system:

Don A. Bailey
4311 North Sixth Street
Harrisburg, PA 17111
*Attorney for Plaintiff*

C. James Zeszutek, Esquire
Faith C. Isenhath, Esquire
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
*Attorney for Defendant, Timothy Curley*

Joseph W. Selep, Esquire
Zimmer Kunz PLLC
600 Grant Street, Suite 3300
Pittsburgh, PA 15219
*Attorney for Defendant, The Second Mile*

Howard A. Rosenthal, Esquire
Archer & Greiner, P.C.
1650 Market Street, 32nd Floor
One Liberty Place
Philadelphia, PA 19103-7393
*Attorney for Defendant, The Second Mile*

Neil J. Hamburg, Esquire
Jodi S. Wilenzik, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
*Attorney for Defendant, Graham Spanier*

Candidus K. Dougherty, Esquire
Jeffrey B. McCarron, Esquire
Swartz Campbell, LLC
Two Liberty Place
50 South 16th Street, Floor 28
Philadelphia, PA 19102
*Attorney for Defendant, Wendall Courtney*

Jennifer E. Burke, Esquire
William M. McSwain, Esquire
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
*Attorney for Defendant, The Law Firn of McQuaide Blasko*

Robert Forster, Esquire
Stuart T. O'Neal, Esquire
Burns White LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428
*Attorneys for Defendant Edgewater Psychiatric Center*

Gary Schultz
*Unrepresented Party – Defendant*

Gerald Sandusky
*Unrepresented Party – Defendant*