# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | NO. 12-2068 |
| | : | (William W. Caldwell, Judge) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| **THE PENNSYLVANIA STATE** | : | |
| **UNIVERSITY, et al.** | : | |
| | : | |
| **Defendants** | : | |

TO:    William W. Caldwell, Judge
Middle District of Pennsylvania
Walnut Street
Harrisburg, Pa 17108

    Plaintiff is please to advise this Court that the above captioned matter has been settled to the satisfaction of all parties. Please issue an appropriate order.

Respectfully Submitted,

By    /s/Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, Pa 17110
717.221.9500
717.221.9400 Fax

# CERTIFICATE OF SERVICE

I, Don Bailey, Esquire, do hereby certify that I served upon the Document on this 16th day of October 2013 to the following attorney via <u>Via Electronic Filing:</u>

Brian Grady, Esquire, C. James Zeszutek, Esquire, Candidus K. Doughtery, Howard A. Rosenthal, Esquire, James A. Keller, Esquire, Jeffrey McCarron, Esquire, Joseph T. Kelly, Esquire, Jodi S. Wilenzik, Esquire, Joshua WB Richards, Esquire, Patrick J. Doran, Esquire, Robert S. Forster, Jr. et al., Stuart O'Neal, III and William W. McSwain, Esquire.

                                            Respectfully Submitted,

By:    /s/Don Bailey, Esquire
           4311 N. 6th Street
           Harrisburg, Pa 17110
           717.221.9500
           717.221.9400 Fax
           attorneydonbailey@gmail.com