IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE,
    Plaintiff

vs.     CIVIL NO. 4:12-CV-2068

THE PENNSYLVANIA STATE
UNIVERSITY, *et al.*,
    Defendant

*O R D E R*

AND NOW, this 17th day of October, 2013, counsel having reported to the court that the above action has been settled (Doc. 57), it is ORDERED that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge